JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEREK CRISAFULLI, an Individual,<br><br>Plaintiff,<br><br>v<br><br>SMITH'S FOOD & DRUG CENTERS, INC., dba Smiths, a division of THE KROGER CO.; an Ohio Corporation; DOES I through XX, inclusive, and ROE CORPORATIONS I through XX, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01584-APG-PAL<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS AND JOINT INTERIM STATUS REPORT**<br><br>**(Second Request)** |

WHEREAS, pursuant to the Stipulation and Order of this Court (ECF 22), the parties are to file Dispositive Motions and the Joint Interim Status Report on or before February 19, 2018; and

WHEREAS, the parties have been actively engaged in completing discovery and preparing this case for trial; and

WHEREAS, the parties have recently agreed to participate in a private mediation on February 27, 2018 and have focused their efforts on having a successful mediation to resolve this case and do not believe that filing dispositive motions and/or the joint status report prior to the mediation would be advantageous to the parties or the court; and

WHEREAS the parties are requesting additional time to complete and file dispositive motions, so that it can be done in a meaningful and thorough manner *if* the case does not settle at mediation; and

///

CLAC 4362325.1

WHEREAS, the parties do not enter into the Stipulation to cause any undue delay;

IT IS HEREBY STIPULATED AND AGREED, by and between Stephen G. Clough, Esq. of the law firm MAIER GUTIERREZ & ASSOCIATES as counsel for Plaintiff DEREK CRISAFULLI, and Jerry S. Busby, Esq., of the law firm COOPER LEVENSON, P.A., as counsel for Defendant SMITH'S FOOD & DRUG CENTERS, INC., that the deadline for filing the dispositive motions and joint interim status report be extended until one week after the schedule private mediation, until March 6, 2018.

Respectfully submitted this 20th day of February, 2018.

| MAIER GUTIERREZ & ASSOCIATES | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Stephen G. Clough<br>Joseph A. Guitierrez, Esq.<br>Nevada Bar No. 9046<br>Stephen G. Clough, Esq.<br>Nevada Bar No. 10549<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>Attorneys for Plaintiff<br>DEREK CRISAFULLI | /s/ Jerry S. Busby<br>Jerry S. Busby<br>Nevada Bar No. 001107<br>1835 Village Center Circle<br>Las Vegas, Nevada 89134<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: February 21, 2018

CLAC 4362325.1