JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEREK CRISAFULLI, an Individual,<br><br>Plaintiff,<br><br>v<br><br>SMITH'S FOOD & DRUG CENTERS, INC., dba Smiths, a division of THE KROGER CO.; an Ohio Corporation; DOES I through XX, inclusive, and ROE CORPORATIONS I through XX, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01584-APG-PAL<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO MOTION TO STRIKE DEFENDANT'S EXPERT JOSEPH J. SCHIFINI, M.D. AS IMPROPER REBUTTAL EXPERT** |

WHEREAS, the parties have been actively engaged in completing discovery and that discovery closed on January 18, 2018;

WHEREAS, a dispute exists between the parties regarding the nature and content of Defendant's Rebuttal Expert Disclosure;

WHEREAS, Plaintiff filed a Motion to Strike Defendant's Expert Joseph J. Schifini, M.D. as an Improper Rebuttal Expert (hereinafter "Motion to Strike");

WHEREAS, Defense Counsel has a scheduling conflict as a result of a trial in the Eighth Judicial District Court; and,

WHEREAS, the parties do not enter into the Stipulation to cause any undue delay;

///

///

///

CLAC 4436080.1

IT IS HEREBY STIPULATED AND AGREED, by and between Stephen G. Clough, Esq. of the law firm MAIER GUTIERREZ & ASSOCIATES as counsel for Plaintiff DEREK CRISAFULLI, and Jerry S. Busby, Esq., of the law firm COOPER LEVENSON, P.A., as counsel for Defendant SMITH'S FOOD & DRUG CENTERS, INC., that the deadline for filing a responsive pleading to the Motion to Strike be extended until Wednesday, April 18, 2018.

Respectfully submitted this 13th day of April, 2018.

| MAIER GUTIERREZ & ASSOCIATES | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Stephen G. Clough<br>Joseph A. Guitierrez, Esq.<br>Nevada Bar No. 9046<br>Stephen G. Clough, Esq.<br>Nevada Bar No. 10549<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>Attorneys for Plaintiff<br>DEREK CRISAFULLI | /s/ Jerry S. Busby<br>Jerry S. Busby<br>Nevada Bar No. 001107<br>1835 Village Center Circle<br>Las Vegas, Nevada 89134<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 19, 2018

CLAC 4436080.1