# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEREK CRISAFULLI,<br><br>  Plaintiff<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.,<br><br>  Defendant | Case No.: 2:17-cv-01584-APG-PAL<br><br>**Order Denying Motion for Summary Judgment as Moot and Setting Deadline to Properly File Acceptance of Offer of Judgment**<br><br>[ECF No. 25] |

On September 10, 2018, plaintiff Derek Crisafulli filed a notice that he had accepted defendant Smith's Food & Drug Centers, Inc.'s offer of judgment. ECF No. 39. However, he did not properly file that document under the Local Rules, so the clerk's office terminated the entry and advised him to re-file it. He has not yet done so. In light of Crisafulli's acceptance of the offer of judgment,

IT IS ORDERED that the motion for partial summary judgment **(ECF No. 25) is DENIED as moot**.

IT IS FURTHER ORDERED that on or before September 24, 2018, plaintiff Derek Crisafulli shall properly file the acceptance document under the Notice Acceptance with Offer of Judgment event.

DATED this 17th day of September, 2018.

                                              ANDREW P. GORDON
                                              UNITED STATES DISTRICT JUDGE