UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEREK CRISAFULLI,<br><br>　Plaintiff<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.,<br><br>　Defendant | Case No.: 2:17-cv-01584-APG-PAL<br><br>**Order** |

In light of the parties' notice of settlement (ECF No. 42),

IT IS ORDERED that plaintiff Derek Crisafulli need not file a Notice Acceptance with Offer of Judgment as previously ordered.

IT IS FURTHER ORDERED that the parties shall file either a stipulation to dismiss or a status report regarding settlement on or before November 20, 2018.

DATED this 18th day of September, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE